**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| NOR T. THOMAS, | ) |
|       Petitioner, | ) ) ) |
| v. | )   Case No. CIV-21-1091-J ) |
| SCOTT CROW, | ) ) |
|       Respondent. | ) |

**ORDER**

Petitioner, a state prisoner appearing pro se, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Gary M. Purcell consistent with 28 U.S.C. § 626(b)(1)(B), (C). Judge Purcell screened the Petition and recommended that it be transferred to the United States District Court for the Northern District of Oklahoma. [Doc. No. 5]. Petitioner has responded in agreement. [Doc. No. 8].

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 5] and TRANSFERS the action to the Northern District of Oklahoma for further proceedings.[1]

IT IS SO ORDERED this 30th day of November, 2021.



BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner asks the Court to send the Petition back to him so he can file it in the Northern District. [Doc. No. 8]. However, the proper method is for this Court to transfer the action on Petitioner's behalf.